No. 96–552.  AGOSTINI ET AL. *v.* FELTON ET AL.; and

No. 96–553. CHANCELLOR, BOARD OF EDUCATION OF THE CITY OF NEW YORK, ET AL. v. FELTON ET AL. C. A. 2d Cir. [Certiorari granted, 519 U. S. 1086.] Motion of Sarah Peter et al. for leave to file a brief as *amici curiae* granted.